
RECEIVED
FEB 0 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PATRICK LEJEUNE | CIVIL ACTION 05-0026 |
| VERSUS | CHIEF JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

*************************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, this Court concludes that the findings and recommendations of the Magistrate Judge are correct and adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is **REVERSED** and this matter is hereby **REMANDED** for further proceedings, including an assessment by the ALJ of the plaintiff's ability to maintain employment considering his mental and physical impairments.

**THUS DONE AND SIGNED** on this the 3rd day of February, 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA